UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHANTEL SHEREE ISTRE, JANE ARMSTEAD, ANNIE MAE LEWIS, LATONIA ALFRED and VERGES ANDERSON, Individually and on behalf of others similarly situated | CIVIL ACTION NO.: 6:17-CV-00085 |
| VERSUS | |
| ACADIANA COMMUNITY BASED SERVICES, INC., ACADIANA ALTERNATIVES STAFFING, INC., TIMOTHY L. MANKIN and CRYSTAL ALSANDOR | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND TO DISMISS

Plaintiffs, SHANTEL SHEREE ISTRE, JANE ARMSTEAD, ANNIE MAE LEWIS, LATONIA ALFRED and VERGES ANDERSON ("Plaintiffs"), individually and on behalf of others similarly situated, and Defendants, ACADIANA COMMUNITY BASED SERVICES, INC., ACADIANA ALTERNATIVES STAFFING, INC., and TIMOTHY L. MANKIN[1] ("ACADIANA"), (collectively referred to as the "Parties"), hereby respectfully move this Court to approve the Parties' stipulated settlement, to which the Parties and their counsel have agreed, and to enter a dismissal of these claims with prejudice. In support of this Motion, the Parties submit the attached Memorandum in Support.

WHEREFORE, for the reasons stated above and in the attached Memorandum in Support, Plaintiffs, SHANTEL SHEREE ISTRE, JANE ARMSTEAD, ANNIE MAE LEWIS, LATONIA ALFRED and VERGES ANDERSON, individually and on behalf of others similarly

---

[1] Timothy L. Mankin died on April 6, 2018. His Succession was opened on September 12, 2018. Jil Lee Daniels was appointed as the Independent Executrix of said Succession and will sign the Settlement Agreement on behalf of the Succession.

situated, and Acadiana move this Court to approve the settlement of the Parties and enter a dismissal of the claims with prejudice.

Respectfully submitted,

KENNETH D. ST. PÉ, APLC

/s/Kenneth D. St. Pé
Kenneth D. St. Pé
La. Bar Roll No. 22638
311. W. University Avenue, Suite A
Lafayette, Louisiana 70506
(337) 534-4043
Attorney for Plaintiffs


/s/Greg Guidry
Greg Guidry
Ogletree, Deakins, Nash, Smoak, Stewart, P.C.
325 Settlers Trace Blvd.
Lafayette, LA 70508
(337) 769-6583
Attorneys for Defendant