UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHANTEL SHEREE ISTRE, JANE ARMSTEAD, ANNIE MAE LEWIS, LATONIA ALFRED and VERGES ANDERSON, Individually and on behalf of others similarly situated | CIVIL ACTION NO.: 6:17-CV-00085 |
| VERSUS | |
| ACADIANA COMMUNITY BASED SERVICES, INC., ACADIANA ALTERNATIVES STAFFING, INC., TIMOTHY L. MANKIN and | JUDGE S. MAURICE HICKS, JR. |
| CRYSTAL ALSANDOR | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER APPROVING SETTLEMENT

Considering the Joint Motion for Approval of Settlement and to Dismiss, the facts supporting the fairness and reasonableness of the proposed settlement confected by the Parties, and the law;

IT IS HEREBY ORDERED that settlement be and is APPROVED;

IT IS FURTHER ORDERED that this matter be dismissed with prejudice, each party to bear its own costs, except as provided in each of the Settlement Agreements and Releases.

SO ORDERED this 31st day of October, 2018.

_____
JUDGE S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT